## Commonwealth ex rel. Gabor, Appellant, v. Myers.

Submitted March 19, 1964. *Florian Gabor,* appellant, in propria per-

704

sona; *William Porter* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.